UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  09-37327-BKC-RAM
OLGA ALMEIDA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 8,206.60 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

       Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

       WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

APR 2 9 2011
Date: _____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

OLGA ALMEIDA
505 NW 72 AVENUE
APT 204
MIAMI, FL 33126

RICHARD SIEGMEISTER, ESQUIRE
111 SW 5 AVE
SUITE 104
MIAMI, FL 33130

NATIONAL CITY MORTGAGE
ATTN:BANKRUPTCY DEPT
3232 NEWMARK DRIVE
MIAMISBURG,OHIO 45342

NATIONAL CITY MORTGAGE
ATTN:BANKRUPTCY DEPT
3232 NEWMARK DRIVE
MIAMISBURG,OHIO 45342

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   09-37327-BKC-RAM
OLGA ALMEIDA

CHAPTER 13


OLGA ALMEIDA

505 NW 72 AVENUE
APT 204
MIAMI, FL 33126

RICHARD SIEGMEISTER, ESQUIRE
111 SW 5 AVE
SUITE 104
MIAMI, FL 33130

NATIONAL CITY MORTGAGE          ---------$        4,971.83
ATTN:BANKRUPTCY DEPT                              **RETURNED FROM CREDITOR**
3232 NEWMARK DRIVE                                **BECAUSE CASE DISMISSED**
MIAMISBURG, OHIO 45342                            **CLAIM REGISTER # 2**

NATIONAL CITY MORTGAGE          ---------$        3,234.77
ATTN:BANKRUPTCY DEPT
3232 NEWMARK DRIVE                                **RETURNED FROM CREDITOR**
MIAMISBURG, OHIO 45342                            **BECAUSE CASE DISMISSED**
                                                  **CLAIM REGISTER # 2**

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130